IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | | |
|---|---|---|
| SONYA LEFEVER, M.D. and<br>JAMES GRIGSBY, M.D.<br><br>Plaintiff,<br><br>v.<br><br>WARE COUNTY HOSPITAL<br>AUTHORITY and SATILLA HEALTH<br>SERVICES, INC., d/b/a SATILLA<br>REGIONAL MEDICAL CENTER<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. CV506-012 |

## CONSENT ORDER FOR EXTENSION OF TIME

The parties having agreed to an extension of time, pursuant to Local Rule 6.1, of ten (10) days for Defendants to file a Response to Plaintiffs' Motion to Remand Action to State Court, it is

ORDERED that the above-mentioned time be thus extended and that said Response will be due on or before April 21, 2006.

SO ORDERED this _11_ day of April, 2006.

SCOTT L. POFF, CLERK

_____
CLERK OF COURTS, UNITED STATES
DISTRICT COURT, SOUTHERN DISTRICT
OF GEORGIA, BRUNSWICK DIVISION

The undersigned hereby consent to the foregoing Order.

|  |  |
|---|---|
| 209 Tebeau Street<br>Post Office Box 898<br>Waycross, GA  31502<br>Telephone:    (912) 285-2915<br>Facsimile:    (912) 285-2249 | BY: _____/s/ Stephen Dillard_____<br>STEPHEN G. DILLARD<br>Georgia Bar No. 142615<br>TERRY A. DILLARD<br>Georgia Bar No. 222050<br>ATTORNEYS FOR DEFENDANT |
| P.O. Box 220<br>Brunswick, GA 31521-0220<br>Telephone:    (912) 264-8544 | BY: _____/s/_____<br>JOHN BUMGARTNER<br>Georgia Bar No. 094600<br>ATTORNEYS FOR THE PLAINTIFF |